IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
GENERAL CIVIL DIVISION

**KRISTOPHER BOLLINGER and**
**APRIL BOLLINGER,**

CASE NO: 2020-CA-007883

DIVISION:

    **Plaintiffs,**

v.

**SCOTTSDALE**
**INSURANCE COMPANY,**

    **Defendant.**

_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**COME NOW** Plaintiffs, **KRISTOPHER BOLLINGER and APRIL BOLLINGER** (hereinafter referred to as "Plaintiffs"), by and through the undersigned counsel, and hereby sues Defendant, **SCOTTSDALE INSURANCE COMPANY**, (hereinafter referred to as "Defendant"), and as grounds therefore state as follows:

**JURISDICTION AND VENUE**

1. This is an action for damages in excess of thirty thousand dollars ($30,000), exclusive of pre-judgment interest, attorneys' fees, and costs.

2. At all times material hereto, Plaintiffs owned real property located at **5313 CONGO CT, CAPE CORAL, FL 33904** (the "Property").

3. At all times material hereto, Defendant was a corporation duly licensed to conduct business in the State of Florida and is engaged in the business of insurance in **LEE COUNTY**.

4. Jurisdiction and venue are proper in this Court.

## GENERAL ALLEGATIONS

5. At all times material, Plaintiffs' Property was covered for loss by Policy No. **HOS1407102** (the "Policy") assumed by Defendant. A copy of the Policy is attached hereto as **Exhibit A**.

6. Plaintiff has paid all premiums on the Policy, and the Policy was in full force and in effect at all relevant times herein.

7. On or about **July 4, 2018**, and **May 17, 2019**, Plaintiffs suffered damages to the Property.

8. The damages to the Property were caused by covered perils under the Policy.

9. The damages to Plaintiffs' property are accidental, continuing in nature, and covered under the Policy.

10. Plaintiffs duly made applications for insurance benefits under the Policy, but Defendant has failed and refused to admit coverage and pay Plaintiffs the benefits to which they are entitled for the losses.

11. All conditions precedent to obtaining payment of said benefits under the Policy from Defendant have been complied with, met or waived.

12. As a result of Defendant's refusal to pay the losses sustained by Plaintiffs, Plaintiffs have retained the services of the undersigned attorney and is obligated to pay a reasonable fee for services thereof. Plaintiffs are entitled to attorneys' fees in this action pursuant to Fla. Stat. § 627.428.

## COUNT I
### (Breach of Contract)

13. Plaintiffs hereby incorporates by reference paragraphs 1 through 12, as though fully set forth herein.

14. Plaintiffs and Defendant are parties to a valid and binding contract under which Defendant is required to provide insurance benefits to Plaintiffs in the event of a covered loss to Plaintiffs' Property.

15. On or about **July 4, 2018**, Plaintiff suffered a covered loss to the Property associated with claim number **01856495**.

16. Defendant has breached the Policy by failing to acknowledge the covered loss and by failing to pay Plaintiffs the benefits due and owing under the Policy.

17. Plaintiffs have been damaged by Defendant's breach of contract.

18. Plaintiffs are entitled to damages, including the full cost of remediation and repair of the Property.

19. Plaintiffs are entitled to compensation for the loss to the Property. Plaintiffs seek the following damages: (a) the full cost for remediation and repair of the property; (b) damages including court costs, attorneys' fees under Fla. Stat. § 627.428, expert fees and costs and pre-judgment interest; (c) additional policy benefits for loss of rental value, debris removal, and any other benefit available under the policy; and (d) any other consequential damages which flow naturally from the above-described breach.

20. Plaintiff demands a trial by jury on all issues in Count I.

WHEREFORE, Plaintiffs, **KRISTOPHER BOLLINGER and APRIL BOLLINGER** demands judgment against Defendant/Insurer, **SCOTTSDALE INSURANCE COMPANY** for:

A. All damages to which Plaintiffs are entitled, including all benefits available under the Policy of insurance;

B. Pre-judgment interest;

C.  Court costs, expert fees, and attorneys' fees pursuant to Fla. Stat. §§ 57.041, 92.231, and 627.428; and

D.  Any such other and further relief that this Court deems just and reasonable.

## COUNT II
### (Breach of Contract)

21. Plaintiffs hereby incorporates by reference paragraphs 1 through 12, as though fully set forth herein.

22. Plaintiffs and Defendant are parties to a valid and binding contract under which Defendant is required to provide insurance benefits to Plaintiffs in the event of a covered loss to Plaintiffs' Property.

23. On or about **May 17, 2019**, Plaintiffs suffered a covered loss to the Property associated with claim number **BOLL585/01904303**.

16. Defendant has breached the Policy by failing to acknowledge the covered loss and by failing to pay Plaintiffs the benefits due and owing under the Policy.

17. Plaintiffs have been damaged by Defendant's breach of contract.

18. Plaintiffs are entitled to damages, including the full cost of remediation and repair of the Property.

19. Plaintiffs are entitled to compensation for the loss to the Property. Plaintiffs seek the following damages: (a) the full cost for remediation and repair of the property; (b) damages including court costs, attorneys' fees under Fla. Stat. § 627.428, expert fees and costs and pre-judgment interest; (c) additional policy benefits for loss of rental value, debris removal, and any other benefit available under the policy; and (d) any other consequential damages which flow naturally from the above-described breach.

20. Plaintiffs demand a trial by jury on all issues in Count II.

4

WHEREFORE, Plaintiffs, **KRISTOPHER BOLLINGER and APRIL BOLLINGER** demands judgment against Defendant/Insurer, **SCOTTSDALE INSURANCE COMPANY** for:

A. All damages to which Plaintiffs are entitled, including all benefits available under the Policy of insurance;

B. Pre-judgment interest;

C. Court costs, expert fees, and attorneys' fees pursuant to Fla. Stat. §§ 57.041, 92.231, and 627.428; and

D. Any such other and further relief that this Court deems just and reasonable.

By: /s/ *Mark A. Dombrosky*
*Smith Thompson Law*
A. Lee Smith, Esquire
FBN: 0031428
Mark A. Dombrosky, Esquire
FBN: 533521
Primary Email: jhoffman@smiththompsonlaw.com
Secondary Email: agonzalez@smiththompsonlaw.com
4725 N. Lois Avenue
Tampa, Florida 33614
Telephone: 813.254.1800
Facsimile: 813.254.1844
Attorney for Plaintiffs